BESSIE STRASBURGER et al., Respondents, v. JULIUS JANOWITZ,
Appellant.

*Strasburger* v. *Janowitz*, 122 App. Div. 918, affirmed.
(Argued February 26, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered December
9, 1907, affirming a judgment in favor of plaintiffs entered
upon a decision of the court on trial at Special Term in an
action to rescind a contract for the purchase of real property
on the ground of fraud.

*Béla D. Eisler* and *Jacob H. Shaffer* for appellant.

*Charles L. Hoffman* and *Henry A. Friedman* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WILLARD BARTLETT and CHASE, JJ. Absent:
HAIGHT, J.

---

CHARLES J. CUMMINGS, Respondent, v. STANDARD HARROW
COMPANY, Appellant.

*Cummings* v. *Standard Harrow Co.*, 124 App. Div. 915, affirmed.
(Argued February 26, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered January
22, 1908, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury in an action to recover royalties alleged to be due on a
contract licensing the defendant to manufacture and sell
certain patented articles.

*Richard R. Martin* for appellant.

*Simon Fleischmann* and *Edward C. Hard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WILLARD BARTLETT and CHASE, JJ. Absent:
HAIGHT, J.